IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-01002-MJW

CLEAR CREEK CONSULTING, INC.

      Plaintiff,

v.

RIAN PEONIO

      Defendant.

## JOINT NOTICE OF SETTLEMENT

Plaintiff Clear Creek Consulting, Inc. ("Clear Creek") and Defendant Rian Peonio ("Peonio"), by and through their attorneys, hereby provide the following notice of settlement in connection with the above-captioned action. Clear Creek and Peonio have agreed to a settlement in this action and are preparing a formal settlement agreement and anticipate filing the stipulation for dismissal (as to claims between Clear Creek and Rian Peonio) within the next 30 days.

DATED: November 14, 2017.

Respectfully submitted,

| | |
|---|---|
| *s/ Jon J. Olafson* | *s/ Michael P. Robertson* |
| Jon J. Olafson | Larry Pozner |
| LEWIS BRISBOIS BISGAARD & SMITH LLP | Michael P. Robertson |
| 1700 Lincoln Street, Suite 4000 | REILLY POZNER LLP |
| Denver, Colorado 80203 | 1700 Lincoln Street, Suite 3400 |
| (303) 861-7760 | Denver, Colorado 80203 |
| *Attorney for Plaintiff Clear Creek Consulting, Inc.* | (303) 893-6100 |
| | *Attorneys for Defendant Rian Peonio* |

4821-5792-3157.1